

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| FRED LOYA INSURANCE AGENCY, INC., AND LOYA INSURANCE COMPANY, | § § § | No. 08-12-00281-CV |
| Appellants/Cross-Appellees, | § | Appeal from the |
| v. | § | County Court at Law Number Six |
| | § | of El Paso County, Texas |
| MARTIN W. COHEN, MARTIN W. COHEN & CO., AND NEHOC ADVISORS, INC., | § | (TC# 2009-873) |

Appellees/Cross-Appellants.

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF OCTOBER, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J., not participating